**Order filed, January 29, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-01012-CR
_____

**KEITH JULIUS JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CR-0201**

---

## ORDER

The reporter's record in this case was due **December 3, 2012**. *See* Tex. R. App. P. 35.1. On **January 10, 2013**, this court **GRANTED Dale W. Lee's** motion for extension of time to file the record on or before **January 21, 2013**. The court has not received another request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Dale W. Lee**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM